## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RORY DIMES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13712** |
| **ROBERT C. TANNER, WARDEN** | **SECTION: "A"(1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Rory Dimes is **DISMISSED WITH PREJUDICE**.

July 23, 2021

_____
**UNITED STATES DISTRICT JUDGE**